UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSE MEJIA,<br><br>                Plaintiff,<br><br>    v.<br><br>RYAN ALYSON, et al.,<br><br>                Defendant. | CASE NO. 2:23-cv-00204-JNW-BAT<br><br>**ORDER STRIKING SECOND MOTION TO STAY (DKT. 31)** |

      The Court STRIKES Plaintiff's second motion to stay. Dkt. 31. The Court has already granted Plaintiff additional time to respond to Defendants' motion for summary judgment. Defendant's motion was renoted to **October 6, 2023**. Any response to the motion for summary judgment that Plaintiff wishes to file shall be filed not later than **October 2, 2023.**

      The Clerk shall provide copies of this Order to the parties.

      DATED this 21st day of August, 2023.

                                              BRIAN A. TSUCHIDA
                                              United States Magistrate Judge