UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSE MEJIA,<br><br>            Plaintiff,<br><br>   v.<br><br>ELKE JACKSON, ALEX COSTA, MARK R ELIASON, WASHINGTON STATE DEPARTMENT OF CORRECTIONS, and ALYSON RYAN,<br><br>           Defendants. | CASE NO. 2:23-cv-00204<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

On October 27, 2023, the Honorable Brian A. Tsuchida, United States Magistrate Judge, issued a Report and Recommendation ("R&R"), recommending Defendants' motion for summary judgment be granted and the case be dismissed with prejudice. Dkt. No. 34. Judge Tsuchida found that Plaintiff failed to rebut Defendants' showing that no genuine issue of material fact remains in the case. *Id.*

No one has objected to the R&R and the time for objecting has passed. *See generally* Dkt. Because there were no objections, the Court may adopt the R&R if it is satisfied there are no clear errors on the face of the record. Fed. R. Civ. P. 72(b) Advisory Committee's Note to 1983 Amendment. The Court agrees with Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

Tsuchida's reasoning that Defendants' motion for summary judgment should be granted and that dismissal with prejudice is warranted.

Based on its review of the R&R and the remaining record, the Court finds and ORDERS:

1) The Court ADOPTS the R&R. Dkt. No. 34.

2) Defendants' motion for summary judgment (Dkt. No. 21) is GRANTED and the case is DISMISSED with prejudice.

3) The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

Dated this 13th day of December, 2023.

Jamal N. Whitehead
United States District Judge